**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES,                                                  :
                                                               :
                                   Plaintiff,                  :                    ORDER
                                                               :
            -against-                                          :           18 Crim. 509-14 (GBD)
                                                               :
ALEKSEI LIVADNYI,                                              :
                                                               :
                                   Defendant.                 :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GEORGE B. DANIELS, United States District Judge:

The violation of supervised release hearing will be held on September 20, 2022, at 10:00

AM.


Dated: New York, New York
       August 2, 2022

                                        SO ORDERED.

                                        _____
                                        GEORGE B. DANIELS
                                        United States District Judge